RECEIVED
2007 MAR -6 AM 11:03
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Trueman Parish and Karen Fennimore, Derivatively on Behalf of Nominal Defendant Electronics for Imaging, Inc.<br><br>Plaintiffs,<br><br>v.<br><br>Dan Avida, Fred Rosenzweig, Eric Saltzman, Mark Lee, Janice Smith, Guy Gecht, Joseph Cutts, Jean-Louis Gassee, Gill Cogan, Thomas I. Unterberg, James S. Greene, Jeffrey Lenches and Dan Maydan,<br><br>Defendants,<br>and<br><br>Electronics for Imaging Inc.,<br><br>Nominal Defendants | Case No.: C-07-0698-EMC<br><br>(Proposed) ORDER RE: APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

James A. Maro, an active member in good standing of the Commonwealth of Pennsylvania whose business address and telephone is Schiffrin Barroway Topaz & Kessler, LLP, 280 King of Prussia Road, Radnor, Pennsylvania, 19087, 610-667-7706, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: March 7, 2007



IT IS SO ORDERED

Judge Edward M. Chen
United States _____ Judge

678757.1

Case No C-07-0698-EMC