UNITED STATES DISTRICT COURT

Northern District of California

Trueman Parish and Kevin Fennimore

CASE NO. 07-cv-00698(EMC)

Plaintiff(s),

v.

Electronics for Imaging, Inc., et al.

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Defendant(s).

Michael J. Hynes , an active member in good standing of the bar of Pennsylvania whose business address and telephone number (particular court to which applicant is admitted) is

Schiffrin Barroway Topaz & Kessler, LLP, 280 King of Prussia Road., Radnor, PA  19087, (610) 667-7706

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:  4/12/07

United States Magistrate Judge